**CITY OF BUFFALO, Plaintiff-Appellee, v. PLAINFIELD HOTEL CORPORATION, Defendant-Appellant, The People of the State of New York, et al., Defendants.**

No. 51, Docket 21740.

United States Court of Appeals

Second Circuit.

Argued Nov. 10, 1950.

Decided Nov. 10, 1950.

James P. Kohler, Sr., New York City, for defendant-appellant.

Fred C. Maloney, Buffalo (Herbert B. Forbes, Buffalo, of counsel), for plaintiff-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order, D.C., 94 F.Supp. 30, affirmed in open court.

**UNITED STATES of America ex rel. Harry MAYO, Appellant, v. C. J. BURKE, Warden Eastern State Penitentiary, Philadelphia.**

No. 10209.

United States Court of Appeals
Third Circuit.

Argued Oct. 9, 1950.

Decided Oct. 13, 1950.

Rehearing Denied Nov. 27, 1950.

Appeal from the United States District Court for the Eastern District of Pennsylvania; William H. Kirkpatrick, Judge.

Harry Mayo, pro se.

Henry M. Hipple, Lock Haven, Pa., for appellee.

Before ALBERT LEE STEPHENS, MARIS and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The relator appeals from an order of the district court denying, after hearing, his petition for a writ of habeas corpus. The facts have been fully set out and carefully considered in an exhaustive opinion by Chief Judge Kirkpatrick of the district court. D.C., 93 F.Supp. 490. We find ourselves in complete accord with his reasoning and conclusions. Accordingly the order of the district court will be affirmed.